UNITED STATES
DISTRICT COART
SOUTHERN DISTRICT
of
NEW YORK

KEVIN MCGLYNN          Index No. _____
  -against-            28 USC 1338
       the            "Breach of Contract"
ARTISTS               as to a Composite
     of the           work of joint
GRAIL mysteries       works & 17 USC 201
et. al.                      and/or
                      Copyright Infringement

1. I KEVIN MCGLYNN being
   duly deposed and sworn
   state today June 23rd 2019,
   under extremely harsh conditions
   that I move for:
   A. Declaratory relief

   A monetary relief of $20 Billion
       as to
2. multiple violations of
       Breach of Contract
            and/or

B.) Copyright infringement

A.) I reserve the right to raise other grounds that I cannot now raise due to the following harsh conditions:

I. I am currently
(illegally) imprisoned,
& illegally retained
in the
Mid-hudson
Insane Asylum
for the
Criminally Insane
Box 158
New Hampton, NY 10958

II. I am writing this motion with an illegally possessed 'flex pen'

III. At an illegal time

IV. In an illegal area

V. On stolen paper (illegal)

VI. All of my legal material

VI has been illegally withheld from me for 4 months. (illegal)

VII no Nexis Lexis computer Time given to me, (illegal)

VIII Reading glasses withheld over 100 days (illegal)

IX Time consumed by forced programming (illegal) No Need for Programming Absurd

X. Restricted phone calls to 2 per day some days none (illegal)

Points

A) If I miss any grounds to raise by the time of the statute of Limitations it shall not be my fault but that of the state and 108 reps of the system who placed (illegally) placed me here creating the above illegalities No Xeroxing AV

B) I want the statute of limitations of six years in this type of case to be tolled from

see 18 CV-7280

June 24th, 2015 ≠ 7/24/2014

the 1st of two arrests by the
complainant which led to the
illegal, erroneous
psych history

For Thus.- 7/24/2014

minus six years =

July 24th, 2008

[2.] All songs by all of the
artists cited herein and
related material is to be
considered within the scope
of this motion.

E.- when I am on the outside
I shall specify which
songs I do I am
concerned with. for now
I blanket all songs
etc. of all cited artists

Proof that midhudson
Campbell w. the mails

I have blocked it
has

[Oc] Embedded within my 6000 pages of GrailReny @ HolyGrailOrg A'ck Email. 2004-2013 to me, me, with the agreement that he would pass on the emails to his Artists contacts was the following

F.          Contract

"If you find my material worthy to use use it and be sure to use indelible portions of my emails so that I shall be able to easily Identify it."

paraphrase the emails

I. Thus I stipulated the Acceptable "Signature" of the Artists shall be their
        i. VOICE.
        2. FACE

3. Body, etc.

4. Using my material.

5. Especially with something "Indelible" thrown in to boot.

II. " Furthermore we can run for the US Presidency with myself as US President and the Artist as my Cabinet's

points;                              emails

4. A "composite ~~XXXXXX~~ work"

                    17 USC 201

d. "joint works"

            [By different Artists

each points with myself

is at hand and.

I control the final Curtain call

of the Composite work as
I am the one to expose,
the fact of a
          Composite work,
and no one else since in
doing so some reasoning
indicates they may entail
a risk to my life,
as our political Agenda
may not be welcome in
today's environs
'Approved in this
fashion because this
may at least I leave
a legacy's the emails

9. 4 an ajorna work does
not need a copyright's
AAL muhammad v sprke lee

10.] "... author of a joint work is co[-]owner of the copyright in that work 17 USC 201 5

Weeta v Herndon

11.] Hard to believe but as I state, the system has not yet Examined my asserted winning lottery ticket [aka winning Emails]

I assert a ligar & its winning lottery numbers F & Ks winning songs et als]

12. And/or I sue under copyright infringement

note as & 11]
to the state, the system evaluates me as [Grandiose Delusional] Insane as to my Assertions of Emails & songs yet they of the system have never seen my emails see my $10 Billion

18-Cdr-1676 78 p 28 of 5 days a 700 pgs.

lawsuit

As mentioned I have
no template motions to work
off of from my legal
matter property because
Mid-hudson is illegally
withholding that legal
property

Likewise I have no Access
to Nexis Lexus as the freelwap
Team won't give me the 1hr
alotted per week, which is also
illegal. etc.

In fact my mail is blocked
and Tampered with.

Conclusion.

4. In this motion I deem it
quite clear that I present
the case that the 6 year
statute of limitations applies

back to

July 24, 2008

since the

1. False Arrest
2. False psychiatric Evaluation
        "unfit for trial."

nonsense started

        July 24th. 2014

leaving me with no access to
my legal material, nor Nexis
Lexis... actually mail blocked &
tampered with I ~~~~ have
discovered so even if I had
motions prepared I had no
access to the courts.

    I. See my proofs of ~~that~~

Also:

1. clearly the "composite work" &
   joint works" is

    F. Autobiographical

6.

II. I am the originator of the idea.

III. I am the superintendent

IV. I control when the

(Curtain call)

is made

etc. see the definitions required for a print work in AAL muhammad v Spike Lee

Note:

↳ Basically I set the plans or blueprints for the Analogy of

(Symphony)

with the individual $i's$ 3 truments replaced by entire bands each with it's own songs as it's sheet music

with myself or my ~~me~~
material as the common
thread connecting each song
of a unified whole being
F. Our project delineated
in the 6000 pages of an
CrailRay@HolyGrail.org ~~and~~ ich
emails.
2004-2013
est 1330

(. Including a run for
~~the~~
white house.

Buck?
VI. I provided ~~this~~
(Research)
supporting the conclusions
of the above touched upon
Project

VI.     "A calling card of ours
is a collecting
of,
Individuals

the
Holy Grail
Esoteric Inner Circle:
where all is the same,
"Enlightened"
but different.
"Self-Actualized"
At the same time"

[13] Obviously I
request my emails be placed into
evidence and.
I, my meticulous/comprehensive
Archetype matching
Probability Analysis
be reviewed in order to prove the
1. I have never been
"Grandiose Delusional"
"Insane"

following
Analysis

2. I have never been a
stalker because I have a
legitimate reason to engage
stalkers do not
    I. Furthermore
            false complaint
was filed.

II. Furthermore this states
    witness are proven to
    committing perjury
            etc.

3. A Email v Sampo et. al.
    comparison shall
    prove I am correct as to
    the  28 USC 1330
    lawsuit

4. A Email v Sampo et. al.
    shall prove I am correct
    as to my 42 USC 1983
        lawsuit 18-cv-7280
            SDNY

Kevin McGlynn v Robert C. Weinstein
18-cv-7280.

i. I have always been fit for trial

Songs et. al. refers to:      11 songs

1. Song.
2. Lyrics.
3. Agreed upon lyrics
4. Videos,
5. Interviews,
6. Speeches.
7. Marketing Programs
      affiliated with that
song.

Note:
1. Known songs et. al. if a
   High Resultant Probability

      Signature
         to the
      6 000 pages, of
GrailRing@Holy Grail.org & the
         emails.
sent 2004 to 2013,
         and/or
to the details of Kevin M. Glynn



© Elizabeth O. Dulemba
www.dulemba.com

Known Songs that I Suspected Songs

Suspected ~~necessarily~~ by Probability x9

Analysis to be using my

materials

1. "Holy Grail" Jay-Z Pt. 2 6/28/13
   Justin Timberlake 6/28 (4)
2. "God Level" Kanye West
   2014 (5)
3. "High Hopes"
   Panic in the Disco. 2015 (49)
4. "Jealous" DT Khaled, (8)

   Chris Brown Lil Wayne (11) ?
5. "Just US" ~~SZA Pt. DT Khaled~~
   SZA Pt. DT Khaled (8)
6. "Happy" Pharrel (9)
7. "SOS" Rihanna z RiRi (7)
8. "Disturbia" RiRi (3)
9. "whats my name" RiRi Pt Drake (28)
10. "where have you been" RiRi (7)
11. "wild thoughts" (7) RiRi, Pt.
    DT Khaled, (7) (8)

12. 'BB Hmm' Ri Ri At Drake ②
13. 'Work' Ri Ri At Scebas
14. 'Work Behind the Scebas
    Ri Ri
15. 'Mother Mary' Ri R ②
16. 'Run this Town' Jay-Z, ④
    Ri Ri/Kanye West ⑤
17. 'Shy Ronnie' Ri Ri ② Adam ①
    Bre Stars SNL
18. 'Shy Ronnie' Ri R ② Bank.
    West.
19. 'Three (up) tweet' Ri Ri ①
    7/22/2014

20. 'STAHHING tweet Ri Ri, ①
    7/23/14
21. 'Man Down' Ri R, ①
22. 'Stay' Ri Ri ②
23. 'Turn up the Radio' Madonna.
24. 'Promises' Devito
25. 'Bon Appetit' Katy Perry ⑬③
26. 'Chained to the Ryth' Katy Perry ③
27. Reels' Katy Perry ③④ Pharrell Perry ②
    Big Sean ⑭⑦
28. 'Fireworks' Katy Perry ⑬③
29. 'Dark Horse' Katy Perry ⑬③

30. 2 "Senile" Lil Wayne, Nicki songs 20
31. Minaj, tgas 25
1 5, 4, 3, 2 where'd this I go to the
unknown the only way he's
coming back is through his
unborn & Lil Wayne ? 10

32. "This is for Keeps" Madonna 10

33. " Jesus christ checks over
stripes" Drake 25

34. " Going Bad" Drake, Meek Mill

35. " Celebrities, seen in Heaven"
in the video for
Lana Del Rey 6

36. "Believer" Imagine Dragons 2
37. 1 "Natural" Imagine Dragons 2
38. 1 thunder" Imagine Dragons 2

39. "No church in the wild", Frank
Ocean, Jay Z, Kanye W, 54,
the-Dream, 54
40. sit 54

41. "Laughing clown" Mariah Carey 53
ODB,
42. "yellow" ? 53

43. Rev's as grand handler in
    Rasta song [Archives]   "Are you gonna
44. ~~XXXXXXXXXXXXXXX~~ go my way —
45. There Bet on himself /        Lenny
    Pharrell speech [Archives]      Kravitz

~~XXXXXXXXXXXXXXXX~~
47. Shit future
48. B3 m-Rylur    future
49. Coin Dummy   future
50. It's not you it's me   Bea      88¢
                                    miller
51. Old Town Road / LiL Nes —
    Billy Rae Cyrus

52. Black Balloon   Dennis Curry
53. Tyler the creator  destroys
    the TV set of the interviewer
54. Light  Big Sean
55. Symphony  Jelean Bandit
56. I don't owe you ~~anything~~  Hasley
    Hasley a God damn ~~thing~~
57. christian Cross is on s the
    weekend
58. cake  RiRi ft. chris Brown
59. Red Lipstick  RiRi ft ~~XXX~~
60. Diamonds  RiRi          the Dream
61. Monster  RiRi       Eminem

C.1. Rap God ' Eminem (21) Songs.
2t.

C.3 ' King of the New World 33
elder .. the Music seize the
moment ' Eminem (27)

C4. " My Life " Eminem, Adam (22)
Levine , 50 Cent - (26) (61)

C5. Meek Mill songs (50) (62)

C.6. ' Breaking up ' by iKaeli

C7. Adele Songs ? (63) (33)

C8. ' Never Really Over ' Katy Perry 2019.

C.9. Meddlin Maluma ' Madonna 2019
(7)

~~X. See ' Symphony ' clean Benoit about~~
70 ' Medicine ' ALO KNA French (3) Montana
71 ' Scrawny ' Wallow (64)
72. Dua Lipa songs (65)
23. Justin Beiber (13) & Ed Sheeran (14)
son about a party " Don't Ritm " ?
74. " No Brainer " Justin Beiber (13)

note :
b Several well -respected writer
such as Henry Makow & Texe
Marrs, Christopher Bjerknes,
Jeff Rense, jewwatch.com assort
there is a mysterious ', Illuminati .'

that controls both niveal of
the Music Industry. thus this
could be the my strious reason
for multiple over the top violations
of my my 5 US Constitutional
rights and mttk rights, and/or
said violations are de Rogeur
for an indigent defendant but
in any case I have the proof
of these violations

75. We do it Like Miss Elliot d

76. Eartquake "Tyler the pharrell
                      Creator.

77. "I'm the one" Justin Beiber, Lil wayne,
      or Khaled,
                  "hot Perry

78. I miss you

79. Jonas Brothers
      1 COOL,

80. 2. Sucka for you

81. "Bad Guy "Billie Eilish.

The.
Artists
of the
Grail Mysteries et. al.

Those artists *same* et. al. of
the 2 resultant Probability
Signatures
to the emails of Kevin McGlynn
GrailKing@Holy Grail.org & c&c
and/or
detants of Kevin McGlynn
part # of

UNITED STATES
DISTRICT COURT
Southern DISTRICT
of
NEW YORK.

KEVIN McGLYNN
— against —
the
ARTISTS
of the
GRAIL Mysteries et. al.,

Index No. _____
28 USC 1338
'Breach of Contract'
as to al.
'Composite work'
of
'joint works'
17 USC 200.



The ~~artists~~ artists &
the 16 hour mysteries etc. die
~~the~~ so list, those suspected
4 using Kenji McGlynn material
as proven by ~~the~~ a
Resulting. Probability match
of a 99.99855555 match.

---

2. Robyn Rihanna Fenty,
3. Jennifer Lopez, J LO,
4. Jay-Z, shawn Carter
5. Kanye West.
6. Pharrell Williams
7. Madonna.
8. DJ Khaled.
9. Future
10. Dennis Curry.
11. Lil Wayne.
12. Chris Brown.     14. Ed Sheeran
13. Justin Bieber.
15. Imagine Dragons
16. DJ Soli
17. Tyga.
18. Nicki Minaj,
19. Cardi B

20. Lil Nas,
21. Billy Rae Cyrus,
22. BL M N,
23. Lana Del Ray
24. The - Dream
25. Justin timberlalle -
26. Adan Levine.
27. Eminem -
28. Drake,
29. Meek mill
30. SZA.
31. Kendrick Lamar.
32. Red-haired Character in the
    shy Ronnie skit of Rihanna
    on SNL
33 Katy Perry,
34. Any Artist who has
    collaborated with those
    listed
35. Bea Miller
36. Panic in the D t sco.
37. Ly K l le Li
38. Drvix
39. Frank Ocean

40. 51 A

41. Mariah Carey

42. Big Sean

43. Clean Bandit.

44. The Weekend

45. Taylor Swift.

46. Wallon.

47. Dua Lipe.

48. Britney Spears.

49. Tyler the Creator

50. 50 Cent.

51. Adeile.

52. Lenny Kravitz

53. Billie Eilish

54. Jonas Brothers

On Return

Correspondence S, &, S, F

Kevin M Guinn

c# 13667.

Box 168

M W D S.

New Hampton, NY

10958

Camberts Cordero
Mid-Hudson Forensic
Psychiatric Center
Box 158
New Hampton NY. 10958

USM
SDNY 171

Prose Intake unit
Patrick Moynihan Courthouse
500 Pearl St.
Rm 2000
New York NY 10007
SDNY 212-805-0136
212 805-0136

Part I of II